Richard A. Loa
Law Offices of Richard A. Loa
536 E. Palmdale Blvd.
Palmdale, CA  93550-4603
661-951-6555          661-729-5100          74714

☒ *Attorney for:* Byron W. Lee

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Byron W. Lee

    aka Byron Warren Lee

Debtor(s).

CASE NO.: 2:15-bk-23897-WB

CHAPTER:   13

ADV. NO.:

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists

☐ Amendments to the petition, statement of affairs, schedules or lists

☐ Other: _____

Date Filed: 09/17/2015

Date Filed: _____

Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

    I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that:  (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.  If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney

Signature of Signing Party

09/17/2015

Date

Byron W. Lee
*Printed Name of Signing Party*

Signature of Joint Debtor (if applicable)

09/17/2015

Date

*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

    I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.  If the Filed Document is a petition, I further declare under penalty of perjury that:  (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

Signature of Attorney for Signing Party

09/17/2015

Date

Richard A. Loa, Attorney
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re *Byron W. Lee*

Case No. *2:15-bk-23897-WB*
Chapter *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 262,000.00 | | |
| B - Personal Property | Yes | 3 | $ 1,800.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 261,173.86 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 18,750.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 4,447.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 3,512.00 |
| TOTAL | | 16 | $ 263,800.00 | $ 279,923.86 | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re *Byron W. Lee*

Case No. *2:15-bk-23897-WB*
Chapter *13*

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 4,447.00 |
| Average Expenses (from Schedule J, Line 22) | $ 3,512.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $ 7,739.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4 Total from Schedule F | | $ 18,750.00 |
| 5 Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 18,750.00 |

In re Byron W. Lee

_____
Debtor(s)

Case No. 2:15-bk-23897-WB
(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence, 5310 East Avenue S-4 Palmdale, CA  93552 | Deed of Trust | | $262,000.00 | $262,000.00 |

No continuation sheets attached

**TOTAL $**    262,000.00
(Report also on Summary of Schedules.)

In re Byron W. Lee
_____   Case No. 2:15-bk-23897-WB
        Debtor(s)                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A. B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank savings account<br>Location: In debtor's possession | | $200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc. Household goods and furnishings<br>Location: In debtor's possession | | $1,200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Page   1   of   3

B6B (Official Form 6B) (12/07)

In re _Byron W. Lee_ _____    Case No. _2:15-bk-23897-WB_
                              Debtor(s)                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2000 Mercedez Benz_ Location: In debtor's possession  _2000 Toyota Four Runner_ Location: In debtor's possession | | $200.00    $200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Page _2_ of _3_

In re *Byron W. Lee*
_____
                    Debtor(s)

Case No. *2:15-bk-23897-WB*
                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31 Animals. | X | | | |
| 32 Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

Total ➔    $1,800.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _Byron W. Lee_ _____
                    Debtor(s)

Case No. _2:15-bk-23897-WB_
                                    (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675 *

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Residence | Calif. C.C.P. §704.730(a)(1) | $ 0.00 | $ 262,000.00 |
| Chase Bank | Calif. C.C.P. §704.070 | $ 200.00 | $ 200.00 |
| Household goods and furnishings | Calif. C.C.P. §704.020(a) | $ 1,200.00 | $ 1,200.00 |
| 2000 Mercedez Benz | Calif. C.C.P. §704.010 | $ 200.00 | $ 200.00 |
| 2000 Toyota Four Runner | Calif. C.C.P. §704.010 | $ 200.00 | $ 200.00 |

Page No. ___ of ___

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Byron W. Lee
_____
              Debtor(s)

Case No. 2:15-bk-23897-WB
                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No. 4084 | | | | | | $ 261,173.86 | $ 261,173.86 |
| Creditor # : 1 Ditech Financial Bankruptcy Dept. PO Box 6154 Rapid City SD 57709 | | Deed of Trust Residence; Formerly Green Tree. Arrearages $18,750.08 | | | | | |
| | | Value $ 0.00 | | | | | |
| Account No. 4084 | | | | | | | |
| Representing: Ditech Financial | | MTC Financial Inc. dba Trustee Corps 17100 Gillette Avenue Irvine CA 92614 | | | | | |
| | | Value: | | | | | |

No continuation sheets attached

|  | | | | |
|---|---|---|---|---|
| Subtotal $ (Total of this page) | | $ 261,173.86 | $ 261,173.86 |
| Total $ (Use only on last page) | | $ 261,173.86 | $ 261,173.86 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (2/15)

In re Byron W. Lee
_____,
                    **Debtor(s)**

Case No. 2:15-bk-23897-WB
_____
                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re Byron W. Lee                                                              Case No. 2:15-bk-23897-WB
_____                              _____
                        **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. | | | | | | |
| | | | | | | |
| Account No. | | | | | | |
| | | | | | | |
| Account No. | | | | | | |
| | | | | | | |

No continuation sheets attached

| | Subtotal $ | $ 0.00 |
|---|---|---|
| | Total $ | $ 0.00 |

Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Byron W. Lee_____,    / Debtor    Case No. _2:15-bk-23897-WB_
                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract. i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re _Byron W. Lee_ _____ / Debtor    Case No. _2:15-bk-23897-WB_
                                                                          (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

**Fill in this information to identify your case:**

Debtor 1    Byron W. Lee
_____First Name_____ _____Middle Name_____ _____Last Name_____

Debtor 2
(Spouse, if filing) _____First Name_____ _____Middle Name_____ _____Last Name_____

United States Bankruptcy Court for the: CENTRAL    District of CALIFORNIA

Case number    2:15-bk-23897-WB
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

Fill in your employment information.

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Network Technician | |
| **Employer's name** | | A T & T | |
| **Employer's address** | | 2692 Los Angeles Avenue<br>Number    Street | Number    Street |
| | | Simi Valley    CA<br>City    State    ZIP Code | City    State    ZIP Code |
| **How long employed there?** | | 18 years | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be | 2 | $ 7739.00 | $ 0.00 |
| 3 | Estimate and list monthly overtime pay. | 3 | + $ 0.00 | + $ 0.00 |
| 4 | Calculate gross income. Add line 2 + line 3. | 4 | $ 7739.00 | $ 0.00 |

Debtor 1   Byron W. Lee
_____
First Name    Middle Name    Last Name

Case number (if known)  2:15-bk-23897-WB

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ................................................ → 4 | $ 7739.00 | $ 0.00 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 2936.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 14.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 94.00 | $ 0.00 |
| 5h. Other deductions. Specify  Employe Giving | 5h. +$ 26.00 | + $ 0.00 |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5c + 5e +5f + 5g +5h   6   $ 3292.00    $ 0.00

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7   $ 4447.00    $ 0.00

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00    $ 0.00

8b. Interest and dividends   8b.   $ 0.00    $ 0.00

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c   $ 0.00    $ 0.00

8d. Unemployment compensation   8d   $ 0.00    $ 0.00

8e. Social Security   8e   $ 0.00    $ 0.00

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00    $ 0.00

8g. Pension or retirement income   8g   $ 0.00    $ 0.00

8h. Other monthly income. Specify _____   8h. +$ 0.00   +$ 0.00

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9   $ 0.00    $ 0.00

10. Calculate monthly income. Add line 7 + line 9
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10   $ 4,447.00  +  $ 0.00  =  $ 4447.00

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11 + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data,* if it applies   12   $ 4447.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
[✓] No.
[ ] Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1: Byron W. Lee
First Name    Middle Name    Last Name

Debtor 2:
Spouse, if filing    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: CENTRAL    District of CALIFORNIA

Case number: 2:15-bk-23897-WB

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date.

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

☑ No. Go to line 2
☐ Yes. Does Debtor 2 live in a separate household?

   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J

2. Do you have dependents?

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names

☐ No
☑ Yes. Fill out this information for each dependent........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 20 | ☐ No  ☑ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

☑ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1542.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Byron W. Lee

First Name    Middle Name    Last Name

Case number (if known)    2:15-bk-23897-WB

| | | | Your expenses |
|---|---|---|---|
| 5 | Additional mortgage payments for your residence, such as home equity loans | 5 | $ 0.00 |
| 6 | Utilities: | | |
| 6a | Electricity, heat, natural gas | 6a | $ 200.00 |
| 6b | Water, sewer, garbage collection | 6b | $ 70.00 |
| 6c | Telephone, cell phone, Internet, satellite, and cable services | 6c | $ 320.00 |
| 6d | Other. Specify _____ | 6d | $ 0.00 |
| 7 | Food and housekeeping supplies | 7 | $ 600.00 |
| 8 | Childcare and children's education costs | 8 | $ 0.00 |
| 9 | Clothing, laundry, and dry cleaning | 9 | $ 180.00 |
| 10 | Personal care products and services | 10 | $ 100.00 |
| 11 | Medical and dental expenses | 11 | $ 20.00 |
| 12 | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12 | $ 400.00 |
| 13 | Entertainment, clubs, recreation, newspapers, magazines, and books | 13 | $ 0.00 |
| 14 | Charitable contributions and religious donations | 14 | $ 0.00 |
| 15 | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a | Life insurance | 15a | $ 0.00 |
| 15b | Health insurance | 15b | $ 0.00 |
| 15c | Vehicle insurance | 15c | $ 80.00 |
| 15d | Other insurance. Specify _____ | 15d | $ 0.00 |
| 16 | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16 | $ 0.00 |
| 17 | Installment or lease payments: | | |
| 17a | Car payments for Vehicle 1 | 17a | $ 0.00 |
| 17b | Car payments for Vehicle 2 | 17b | $ 0.00 |
| 17c | Other. Specify _____ | 17c | $ 0.00 |
| 17d | Other. Specify _____ | 17d | $ 0.00 |
| 18 | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). | 18 | $ 0.00 |
| 19 | Other payments you make to support others who do not live with you. Specify _____ | 19 | $ 0.00 |
| 20 | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a | Mortgages on other property | 20a | $ 0.00 |
| 20b | Real estate taxes | 20b | $ 0.00 |
| 20c | Property, homeowner's, or renter's insurance | 20c | $ 0.00 |
| 20d | Maintenance, repair, and upkeep expenses | 20d | $ 0.00 |
| 20e | Homeowner's association or condominium dues | 20e | $ 0.00 |

Debtor 1    Byron W. Lee    Case number (if known) 2:15-bk-23897-WB

First Name    Middle Name    Last Name

| | | | |
|---|---|---|---|
| 21 | Other. Specify _____ | 21 | +$ _____ 0.00 |

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.

22    $ _____ 3512.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

   23a    $ _____ 4447.00

   23b. Copy your monthly expenses from line 22 above.

   23b    – $ _____ 3512.00

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*

   23c    $ _____ 935.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No

   ☐ Yes    Explain here:

In re _Byron W. Lee_ _____

Case No _2:15-bk-23897-WB_

Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____17_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _9/17/2015_ _____

Signature _/s/ Byron W. Lee_ _____

_Byron W. Lee_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:

Social security No.:

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X_____

Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re: **Byron W. Lee**
  **aka Byron Warren Lee**

Case No. *2:15-bk-23897-WB*
_____
(if known)

_____
Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None
[ ]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

**Year to date:$66,881.95**
  **Last Year:$105,781.00**
**Year before:$93,098.00**

SOURCE

*Employment*

---

### 2. Income other than from employment or operation of business

None
[x]

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☒

Complete a or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts. List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Richard A. Loa, Attorney Address: 536 E. Palmdale Blvd. Palmdale, CA 93550-4603 | Date of Payment:9/03/2015 Payor: Byron W. Lee | $1,250.00 |

## 10. Other transfers

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None
☒
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None
☒
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None
☒
List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None
☒
If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse

**16. Spouses and Former Spouses**

None
☒
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None
☒
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium. including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor. including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☒
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice

None
☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☒    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *09/17/2015*                 Signature   */s/ Byron W. Lee*
                                                of Debtor

Date  _____            Signature   _____
                                                of Joint Debtor
                                                (if any)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____                _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

| Fill in this information to identify your case: | | Check as directed in lines 17 and 21: |
| --- | --- | --- |

**Fill in this information to identify your case:**

Debtor 1   Byron W. Lee
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the   CENTRAL   District of   CALIFORNIA
State

Case number   2:15-bk-23897-WB
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☑ 4. The commitment period is 5 years.

☐ Check if this is an amended filing.

## Official Form 22C–1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
| --- | --- |

1. What is your marital and filing status? Check one only.

☑ Not married. Fill out Column A, lines 2-11.

☐ Married. Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2 | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | | $ 7739.00 | $ 0.00 |
| 3 | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | | $ 0.00 | $ 0.00 |
| 4 | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | $ 0.00 | $ 0.00 |
| 5 | Net income from operating a business, profession, or farm | | | |
| | Gross receipts (before all deductions) | $ 0.00 | | |
| | Ordinary and necessary operating expenses | − $ 0.00 | | |
| | Net monthly income from a business, profession, or farm | $ 0.00 | Copy here → $ 0.00 | $ 0.00 |
| 6 | Net income from rental and other real property | | | |
| | Gross receipts (before all deductions) | $ 0.00 | | |
| | Ordinary and necessary operating expenses | − $ 0.00 | | |
| | Net monthly income from rental or other real property | $ 0.00 | Copy here → $ 0.00 | $ 0.00 |

Debtor 1    Byron W. Lee
            First Name    Middle Name    Last Name

Case number (if known)    2:15-bk-23897-WB

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | Interest, dividends, and royalties | $ 0.00 | $ 0.00 |
| 8. | Unemployment compensation | $ 0.00 | $ 0.00 |
|  | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here . . . . . . . . . . ↓ | | |
|  | For you . . . . . . . . . . . . . . . . . . . . | $ 0.00 | |
|  | For your spouse . . . . . . . . . . . . . . | $ 0.00 | |
| 9. | Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ 0.00 |
| 10. | Income from all other sources not listed above. Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c. | | |
|  | 10a. _____ | $ 0 | $ 0 |
|  | 10b. _____ | $ | $ |
|  | 10c. Total amounts from separate pages, if any | + $ | + $ |
| 11. | Calculate your total average monthly income. Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 7739.00 + | 0.00 = $ 7739.00 |

Total average monthly income

## Part 2:    Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11. . . . . . . . . . . . . . . . . . . . $ 7739.00

13. Calculate the marital adjustment. Check one.

☑ You are not married. Fill in 0 in line 13d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____ $ 0.00

13b. _____ $ 0.00

13c. _____ + $ 0.00

13d. Total . . . . . . . . . . . . . . . . . . . . . $ 0.00    Copy here. ➜ 13d. _____ 0.00

14. Your current monthly income. Subtract line 13d from line 12. 14. $ 7739.00

15. Calculate your current monthly income for the year. Follow these steps:

15a. Copy line 14 here ➜ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15a. $ 7739.00

Multiply line 15a by 12 (the number of months in a year). **x 12**

15b. The result is your current monthly income for the year for this part of the form. 15b. $ 92868.00

Debtor 1    Byron W. Lee
           First Name    Middle Name    Last Name

Case number (if known) 2:15-bk-23897-WB

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.    CALIFORN

16b. Fill in the number of people in your household    2.00

16c. Fill in the median family income for your state and size of household. ............................    16c    $  63745.00
     To find a list of applicable median income amounts, go online using the link specified in the separate
     instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☐ Line 16b is less than or equal to line 16c. On the top of page 1 of this form, check box 1. *Disposable income is not determined under 11 U.S.C.
     § 1325(b)(3)*. Go to Part 3. Do NOT fill out *Calculation of Disposable Income* (Official Form 22C–2).

17b. ☑ Line 16b is more than line 16c. On the top of page 1 of this form, check box 2. *Disposable income is determined under 11 U.S.C.
     § 1325(b)(3)*. Go to Part 3 and fill out *Calculation of Disposable Income* (Official Form 22C–2). On line 39 of that form, copy
     your current monthly income from line 14 above.

---

**Part 3:    Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)**

18. Copy your total average monthly income from line 11.    18    $  7739.00

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend
    that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
    income, copy the amount from line 13d.

    If the marital adjustment does not apply, fill in 0 on line 19a.    19a    –  $  0.00

    **Subtract line 19a from line 18.**    19b    $  7739.00

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b. ............................    20a    $  7739.00

        Multiply by 12 (the number of months in a year).    x  12

    20b. The result is your current monthly income for the year for this part of the form.    20b    $  92868.00

    20c. Copy the median family income for your state and size of household from line 16c.    $  63745.00

21. **How do the lines compare?**

    ☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3. *The commitment period is
    3 years.* Go to Part 4

    ☑ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
    check box 4. *The commitment period is 5 years.* Go to Part 4

---

**Part 4:    Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Byron W. Lee                          **X**
   Signature of Debtor 1                          Signature of Debtor 2

Date 09/17/2015                                Date 09/17/2015
    MM / DD  / YYYY                                 MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 22C–2.

If you checked 17b, fill out Form 22C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

**Fill in this information to identify your case:**

Debtor 1    Byron W. Lee
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the    CENTRAL    District of    CALIFORNIA
                                                                    State

Case number    2:15-bk-23897-WB
(If known)

☐ Check if this is an amended filing

## Official Form 22C–2

# Chapter 13 Calculation of Your Disposable Income

12/14

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 22C–1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:    Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5    **The number of people used in determining your deductions from income**
     Fill in the number of people who could be claimed as exemptions on your federal income tax return,
     plus the number of any additional dependents whom you support. This number may be different
     from the number of people in your household.                                            2

**National Standards**    You must use the IRS National Standards to answer the questions in lines 6-7.

6    **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National
     Standards, fill in the dollar amount for food, clothing, and other items.              $  1092.00

7    **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards,
     fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are
     under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your
     actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Debtor 1    Byron W. Lee
    First Name    Middle Name    Last Name    Case number (if known)    2:15-bk-23897-WB

### People who are under 65 years of age

| | | | |
|---|---|---|---|
| 7a | Out-of-pocket health care allowance per person | $ 60.00 | |
| 7b | Number of people who are under 65 | x 0.00 | |
| 7c | Subtotal. Multiply line 7a by line 7b. | $ 0.00 | Copy line 7c here ➜ $ 0.00 |

### People who are 65 years of age or older

| | | | |
|---|---|---|---|
| 7d | Out-of-pocket health care allowance per person | $ 144.00 | |
| 7e | Number of people who are 65 or older | x 0.00 | |
| 7f | Subtotal. Multiply line 7d by line 7e. | $ 0.00 | Copy line 7f here ➜ + $ 0.00 |

7g  Total. Add lines 7c and 7f. ....................................... $ 0.00   Copy total here ➜ 7g $ 0.00

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

- Housing and utilities – Insurance and operating expenses
- Housing and utilities – Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8  **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.    $ 525.00

9  **Housing and utilities – Mortgage or rent expenses:**

9a  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.    $ 2141.00

9b  Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| _____ | $ 0 |
| _____ | $ 0 |
| + _____ | $ 0 |

9b  Total average monthly payment ..................... $ 0.00   Copy line 9b here ➜ – $ 0.00   Repeat this amount on line 33a.

9c  Net mortgage or rent expense.

Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expense). If this number is less than $0, enter $0.    $ 2141.00   Copy 9c here ➜ $ 2141.00

10  If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.    $ 0.00

Explain why: _____

_____

Debtor 1    Byron W. Lee

First Name    Middle Name    Last Name

Case number (if known)   2:15-bk-23897-WB

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense

- ☑ 0  Go to line 14.
- ☐ 1  Go to line 12.
- ☐ 2 or more  Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.    $ _____ 0.00

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

Vehicle 1    Describe
Vehicle 1: _____

13a. Ownership or leasing costs using IRS Local Standard    13a   $ _____ 0.00

13b. Average monthly payment for all debts secured by Vehicle 1
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment | | | |
|---|---|---|---|---|
| _____ | $ _____ 0.00 | Copy 13b here ➔ | — $ _____ 0.00 | Repeat this amount on line 33b. |

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this number is less than $0, enter $0.   13c   $ _____ 0.00   Copy net Vehicle 1 expense here ➔  $ _____ 0.00

Vehicle 2    Describe
Vehicle 2: _____

13d. Ownership or leasing costs using IRS Local Standard    13d   $ _____ 0.00

13e. Average monthly payment for all debts secured by Vehicle 2
Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment | | | |
|---|---|---|---|---|
| _____ | $ _____ 0.00 | Copy here ➔ | — $ _____ 0.00 | Repeat this amount on line 33c. |

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from 13d. If this number is less than $0, enter $0.   13f   $ _____ 0.00   Copy net Vehicle 2 expense here ➔  $ _____ 0.00

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.    $ _____ 184

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation.*    $ _____ 0.00

Byron W. Lee

Debtor 1 _____     Case number (if known) 2:15-bk-23897-WB
First Name    Middle Name    Last Name

| | |
|---|---|
| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.     $_____0.00

Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.     $_____0.00

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.     $_____0.00

Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.     $_____0.00

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required
   ■ as a condition for your job, or
   ■ for your physically or mentally challenged dependent child if no public education is available for similar services.     $_____0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool. Do not include payments for any elementary or secondary school education.     $_____0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.     $_____0.00

Payments for health insurance or health savings accounts should be listed only in line 25.

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.     + $_____0.00

Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 22C-1, or any amount you previously deducted.

24. Add all of the expenses allowed under the IRS expense allowances.
Add lines 6 through 23.     $___3759.00

| | |
|---|---|
| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
| | *Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | |
|---|---|
| Health insurance | $_____0.00 |
| Disability insurance | $_____0.00 |
| Health savings account | + $_____0.00 |
| Total | $_____0.00     Copy total here ➔ ............................................     $_____0.00 |

Do you actually spend this total amount?

☑ No. How much do you actually spend?     $_____0.00
☐ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.     $_____0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.     $_____0.00

By law, the court must keep the nature of these expenses confidential.

Debtor 1    Byron W. Lee
First Name    Middle Name    Last Name

Case number (if known)    2:15-bk-23897-WB

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.    $_____0.00

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.    $_____0.00

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.    $_____0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).    +_____0.00

Do not include any amount more than 15% of your gross monthly income.

32. **Add all of the additional expense deductions.**    $_____0.00
Add lines 25 through 31

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | Average monthly payment |
|---|---|
| Mortgages on your home | |
| 33a. Copy line 9b here ...... → | $_____0.00 |
| Loans on your first two vehicles | |
| 33b. Copy line 13b here ...... → | $_____0.00 |
| 33c. Copy line 13e here ...... → | $_____0.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| 33d. _____ | _____ | ☑No ☐Yes | $_____0.00 |
| 33e. _____ | _____ | ☑No ☐Yes | $_____0.00 |
| 33f. _____ | _____ | ☑No ☐Yes | +$_____0.00 |

33g. Total average monthly payment. Add lines 33a through 33f. ......    $_____0.00    Copy total here → $_____0.00

Debtor 1    Byron W. Lee
            First Name    Middle Name    Last Name    Case number (if known) 2:15-bk-23897-WB

34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?

☑ No. Go to line 35.

☐ Yes. State any amount that you must pay to a creditor in addition to the payments listed in line 33 to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $ 0.00 | ÷ 60 = | $ 0.00 |
| _____ | _____ | $ 0.00 | ÷ 60 = | $ 0.00 |
| _____ | _____ | $ 0.00 | ÷ 60 = + | $ 0.00 |
| | | Total $ 0.00 | Copy total here ➡ | $ 0.00 |

35. Do you owe any priority claims—such as a priority tax, child support, or alimony— that are past due as of the filing date of your bankruptcy case? 11 U.S.C. § 507.

☑ No. Go to line 36.

☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims ................................ $ 0.00 ÷ 60   $ 0.00

36. Projected monthly Chapter 13 plan payment                    $ 0.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

x   0.05

Average monthly administrative expense                    $ 0.00   Copy total here ➡   $ 0.00

37. Add all of the deductions for debt payment. Add lines 33g through 36.

$ 0.00

## Total Deductions from Income

38. Add all of the allowed deductions.

| | | |
|---|---|---|
| Copy line 24, *All of the expenses allowed under IRS expense allowances*......... | $ | 3759.00 |
| Copy line 32, *All of the additional expense deductions* .......................... | $ | 0.00 |
| Copy line 37, *All of the deductions for debt payment*............................. | + $ | 0.00 |
| Total deductions | $ | 3759.00 |

Copy total here ➡   $ 3759.00

Debtor 1 _____   Byron W. Lee _____
First Name   Middle Name   Last Name

Case number (if known) ___ 2:15-bk-23897-WB

## Part 2:   Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39  Copy your total current monthly income from line 14 of Form 22C-1. *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.*   $ 7739.00

40  Fill in any reasonably necessary income you receive for support for dependent children. The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 22C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.   $ 0.00

41  Fill in all qualified retirement deductions. The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).   $ 0.00

42  Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A). Copy line 38 here   ➔   $ 3759.00

43  Deduction for special circumstances. If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| 43a _____ | $ 0.00 |
| 43b _____ | $ 0.00 |
| 43c _____ | + $ 0.00 |
| 43d Total. Add lines 43a through 43c. | $ 0.00   Copy 43d here ➔ + $ 0.00 |

44  Total adjustments. Add lines 40 and 43d   ➔   $ 3759.00   Copy total here ➔   − $ 3759.00

45  Calculate your monthly disposable income under § 1325(b)(2). Subtract line 44 from line 39   $ 3980.00

## Part 3:   Change in Income or Expenses

46  Change in income or expenses. If the income in Form 22C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 22C-1 ☐ 22C-2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $ 0.00 |
| ☐ 22C-1 ☐ 22C-2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $ 0.00 |
| ☐ 22C-1 ☐ 22C-2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $ 0.00 |
| ☐ 22C-1 ☐ 22C-2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $ 0 |

Debtor 1    Byron W. Lee                                 Case number _(if known)_ 2:15-bk-23897-WB

First Name    Middle Name    Last Name

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Byron W. Lee                     **X**

Signature of Debtor 1                                   Signature of Debtor 2

Date 09/17/2015                           Date 09/17/2015

    MM   DD    YYYY                                MM   DD    YYYY

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

USBC, Central District, Ch. 7, 2:11-bk-40149-TD, filed 7/14/2011, Discharged 10/25/2012, Schedule A

5310 E. Avenue S-4, Palmdale, CA 93552, 08-10482, Ch 13 filed 1/28  2008 USBC Central, dismissed 8/5/2008, 07-13571, Ch 13 filed
USBC Central 9/26/2007, dismissed 12/20/2007.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Palmdale , California

Date: 9/17/2015

s/ Byron W. Lee
_____
Signature of Debtor
Byron W. Lee

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B 201 - Notice of Available Chapters (Rev. 06/14)                                          USBC, Central District of California

Name:    Richard A. Loa, Attorney

Address:    536 E. Palmdale Blvd.

Palmdale , CA  93550-4603

Telephone:    661-951-6555          Fax:    661-729-5100

☑ Attorney for Debtor
☐ Debtor in Pro Per

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

List all names including trade names, used by    Case No.: 2:15-bk-23897-WB
Debtor(s) within last 8 years:

Byron W. Lee

Byron Warren Lee

# NOTICE OF AVAILABLE CHAPTERS

(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.    Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 06/14)                                                                    USBC, Central District of California

## 2.    The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition
Address:  preparer is not an individual, state the
Social Security number of the officer, principal,
responsible person, or partner of the bankruptcy
petition preparer.)  (Required by 11 U.S.C. § 110.)

_____

X_____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Byron W. Lee
_____
Printed Name(s) of Debtor(s)

_____  9/17/2015
Signature of Debtor                  Date

Case No. (if known) _2:15-bk-23897-WB_____

X_____  9/17/2015
Signature of Joint Debtor (if any)    Date

B 201 - Notice of Available Chapters (Rev. 06/14)   USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition
Address: preparer is not an individual, state the
Social Security number of the officer, principal
responsible person, or partner of the bankruptcy
petition preparer.) (Required by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Byron W. Lee
_____
Printed Name(s) of Debtor(s)

/s/ Byron W. Lee                    9/17/2015
_____
Signature of Debtor                 Date

Case No. (if known) 2:15-bk-23897-WB

X_____  9/17/2015
Signature of Joint Debtor (if any)   Date

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re *Byron W. Lee*
     *aka Byron Warren Lee*

Case No. *2:15-bk-23897-WB*
Chapter *13*

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *2,250.00*

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ _____ *1,250.00*

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *1,000.00*

2. The source of the compensation paid to me was:
☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed].
   *None*

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/94)

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   *None*

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


09/17/2015                                     /s/ Richard A. Loa, Attorney
Date                                           Signature of Attorney


                                               Law Offices of Richard A. Loa
                                               Name of Law Firm

February 2006                                                                                    2006 USBC Central District of California

<table>
<tr><td colspan="2" align="center"><strong>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</strong></td></tr>
<tr><td>In re  Byron W. Lee<br>        aka Byron Warren Lee</td><td>CHAPTER:  13</td></tr>
<tr><td align="right">Debtor(s).</td><td>CASE NO.   2:15-bk-23897-WB</td></tr>
</table>

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, Byron W. Lee _____, the debtor in this case, declare under penalty
_____*(Print Name of Debtor)*_____

of perjury under the laws of the United States of America that:

☑  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
   *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
_____*(Print Name of Joint Debtor, if any)*_____

perjury under the laws of the United States of America that:

☐  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
   *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  09/17/2015 _____        Signature  /s/ Byron W. Lee _____
                                                          Byron W. Lee

Date  09/17/2015 _____        Signature _____

```
BYRON W LEE
5310 EAST AVE S-4                    Statement of Earnings, Taxes and Allotments      W-4 MS EXP   ADL W/H
PALMDALE CA  93552                       PACIFIC BELL TELEPHONE COMPANY              FED S  00      0.00
                                    525 Market Street, San Francisco, CA 94105      CA  S  00      0.00
                                Payroll Address: 909 Chestnut, St. Louis, MO 63101
CHECK DATE: 09/11/2015     PERS NO: 00026206            OneStop: 888-722-1787
                           PAY PERIOD FROM 08/23/2015 TO 09/05/2015   TOTAL CURRENT PPD WKD HRS:   60.00   F9 EIN 94-0745535
```

| CURRENT RATE      38.4125 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| TOTAL COMPENSATION | 3,211.29 | 66,881.95 | 082315-090515 | REGULAR | 38.4125 | 60.00 | 2,304.75 |
| TOTAL TAX WITHHOLDING | -1,220.82 | -24,612.86 | | PDO/EWP ALLOWANCE | 38.4125 | 16.00 | 614.60 |
| | | | | UNPAID TIME OFF | | 4.00 | |
| FEDERAL | -711.93 | -14,188.69 | | NIGHT DIF REG 10% | 3.8413 | 60.00 | 237.48 |
| SOC SECURITY | -220.52 | -4,503.62 | | NIGHT DIF NONWORK 10% | 3.8413 | 16.00 | 61.46 |
| MEDICARE | -51.58 | -1,053.27 | | | | | |
| CA | -204.89 | -4,214.54 | | | | | |
| CA SDI | -31.90 | -652.74 | | | | | |
| | | | | | | | |
| TOTAL REFUNDS/DEDUCTIONS | -166.00 | -8,264.25 | | | | | |
| MEDICAL-PRETX | -68.50 | -1,164.50 | | | | | |
| UNION DUES CWA DIST 9 | -86.42 | -769.42 | | | | | |
| EMPLOYEE GIVING | -11.08 | -210.52 | | | | | |
| WAGE ATTACHMENT | 0.00 | -3,174.73 | | | | | |
| WAGE ATTACHMENT FEE | 0.00 | -10.50 | | | | | |
| CAREPLUS-PRETX | 0.00 | -16.00 | | | | | |
| SSP % BASIC 401K | 0.00 | -2,918.58 | | | | | |

| NET PAY | 1,824.47 | xxxxxxxxxxxxxx |
|---|---|---|

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 3,544.28 | 69,608.20 |
| SOC SECURITY | 3,556.75 | 72,639.01 |
| MEDICARE | 3,556.75 | 72,639.01 |
| CA | 3,142.79 | 62,782.87 |
| CA SDI | 3,544.28 | 72,526.78 |

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 12.47 | 112.23 | | | |
| BENEFIT DOMESTIC PARTNER | 401.49 | 6,825.33 | | | |

```
2015 SOC SECURITY LIMITS: WAGES:  118,500.00 TAXES:  7,347.00 2015 CA SDI LIMITS:  WAGES: 104,378.00 TAXES:  939.40
---------- DETACH CHECK ALONG THIS PERFORATION ----------
```

| BYRON W LEE 5310 EAST AVE S-4 PALMDALE CA 93552 | | Statement of Earnings, Taxes, and Allotments PACIFIC BELL TELEPHONE COMPANY 525 Market Street, San Francisco, CA 94105 Payroll Address: 909 Chestnut, St. Louis, MO 63101 OneStop: 888-722-1787 | | W-4 MS EXP   ADL W/H FED S 30        0.00 CA  S 30        0.00 | | | |
|---|---|---|---|---|---|---|---|
| CHECK DATE: 08/28/2015 | PERS NO: 00026206 PAY PERIOD FROM 08/09/2015 TO 08/22/2015 | | TOTAL CURRENT PPD WKD HRS:   80.00 | F9-EIN 94-0745535 | | | |
| CURRENT RATE   38.4125 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
| TOTAL COMPENSATION | 3,515.51 | 63,670.66 | C80915-082215 | REGULAR SUNDAY PREM 0.5 NIGHT DIF REG 10% NIGHT DIF PREM 0.5 | 38.4125 19.2063 3.8413 1.5365 | 80.00 8.00 72.00 8.00 | 3,073.00 153.65 276.57 12.29 |
| TOTAL TAX WITHHOLDING | -1,361.23 | -23,392.04 | | | | | |
| FEDERAL SOC SECURITY MEDICARE CA CA SDI | -796.55 -238.48 -55.77 -235.81 -34.62 | -13,476.76 -4,283.10 -1,001.69 -4,009.65 -620.84 | | | | | |
| TOTAL REFUNDS/DEDUCTIONS | -81.58 | -8,098.25 | | | | | |
| MEDICAL-PRETX CAREPLUS-PRETX EMPLOYEE GIVING WAGE ATTACHMENT WAGE ATTACHMENT FEE SSP % BASIC 401K UNION DUES CWA DIST 9 | -68.50 -2.00 -11.08 0.00 0.00 0.00 0.00 | -1,096.00 -16.00 -199.44 -3,174.73 -10.50 -2,918.58 -683.00 | | | | | |
| NET PAY | 2,072.70 | xxxxxxxxxxxxxx | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | |
| FEDERAL SOC SECURITY MEDICARE CA CA SDI | 3,846.50 3,846.50 3,846.50 3,445.01 3,846.50 | 66,063.92 69,082.26 69,082.26 59,640.08 68,982.50 | | | | | |

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| BENEFIT DOMESTIC PARTNER IRS VAL EXCESS BASIC LIFE | 401.49 0.00 | 6,423.84 99.76 | | | |
| 2015 SOC SECURITY LIMITS: WAGES:   118,500.00 TAXES:   7,347.00 | | | 2015 CA SDI LIMITS:   WAGES:   104,378.00 TAXES: | | 939.40 |

BYRON W LEE
5310 EAST AVE S-4
PALMDALE CA 93552

**Statement of Earnings, Taxes, and Allotments**
PACIFIC BELL TELEPHONE COMPANY
525 Market Street, San Francisco, CA 94105
Payroll Address: 909 Chestnut, St. Louis, MO 63101
OneStop: 888-722-1787

| | | | W-4 MS EXP | | ALL W/H |
|---|---|---|---|---|---|
| | | | FED S | .00 | 0.00 |
| | | | CA S | .00 | 0.00 |

PERS NO: 00026206
CHECK DATE: 08/14/2015    PAY PERIOD FROM 07/26/2015 TO 08/08/2015    TOTAL CURRENT PPD WKD HRS    80.00    F9-EIN F4-0745535

| CURRENT RATE    38.4125 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| TOTAL COMPENSATION | 3,518.59 | 60,155.15 | 072615-080815 | REGULAR | 38.4125 | 80.00 | 3,073.00 |
| TOTAL TAX WITHHOLDING | -1,294.07 | -22,030.81 | | SUNDAY PREM 0.5 | 19.2063 | 8.00 | 153.65 |
| | | | | NIGHT DIF REG 10% | 3.8413 | 72.00 | 276.57 |
| FEDERAL | -746.34 | -12,680.21 | | NIGHT DIF PREM 0.5 | 1.9207 | 8.00 | 15.37 |
| SOC SECURITY | -239.57 | -4,044.62 | | | | | |
| MEDICARE | -56.03 | -945.92 | | | | | |
| CA | -217.47 | -3,773.84 | | | | | |
| CA SDI | -34.66 | -586.22 | | | | | |
| TOTAL REFUNDS/DEDUCTIONS | -350.38 | -8,016.67 | | | | | |
| MEDICAL-PRETX | -68.50 | -1,027.50 | | | | | |
| SSP X BASIC 401K | -184.38 | -2,918.58 | | | | | |
| UNION DUES CWA DIST 9 | -86.42 | -683.00 | | | | | |
| EMPLOYEE GIVING | -11.08 | -188.36 | | | | | |
| WAGE ATTACHMENT | 0.00 | -3,174.73 | | | | | |
| WAGE ATTACHMENT FEE | 0.00 | -10.50 | | | | | |
| CAREPLUS-PRETX | 0.00 | -14.00 | | | | | |
| NET PAY | 1,874.14 | xxxxxxxxxxxxxx | | | | | |

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 3,667.20 | 62,217.42 |
| SOC SECURITY | 3,864.05 | 65,235.76 |
| MEDICARE | 3,864.05 | 65,235.76 |
| CA | 3,265.71 | 56,195.07 |
| CA SDI | 3,851.58 | 65,136.00 |

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | | THIS PERIOD | YTD |
|---|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 12.47 | 99.76 | | | | |
| BENEFIT DOMESTIC PARTNER | 401.49 | 6,022.35 | | | | |

2015 SOC SECURITY LIMITS: WAGES: 118,500.00 TAXES: 7,347.00  2015 CA SDI LIMITS:    WAGES: 104,378.00 TAXES    939.40

Welcome BYRON LEE

Help Log off

Home Employee Services Help

Overview | Amplify | Time Reporting | Payroll and Taxes | Purchasing | Personal Information | Learning Solutions | ATT Policies

View Paycheck Stubs

Detailed Navigation

- Payroll and Taxes Overview
- View Paycheck Stubs (Current)
- View Paycheck Stubs
- Enroll/Update Direct Deposit
- Maintain EOY Tax Info
- Maintain W-4 and Reciprocity Forms
- Your Total Rewards

Printer friendly format | Save to file

Help

## Paycheck Stub

Paystub Selection | Previous Paystub | Next Paystub

**User Name:** BYRON W LEE (Employee ID - 00026206)

BYRON W LEE
5310 EAST AVE S-4
PALMDALE CA 93552

**Statement of Earnings, Taxes, and Allotments**
PACIFIC BELL TELEPHONE COMPANY
525 Market Street, San Francisco, CA 94105
Payroll Address: 909 Chestnut, St. Louis, MO 63101
OneStop: 888-722-1787

CHECK DATE: 07/31/2015 PERS NO: 00026206
PAY PERIOD FROM 07/12/2015 TO 07/25/2015 TOTAL CURRENT PPD WKD HRS: 0.00

| CURRENT RATE 38.4125 | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 3,380.30 | 56,636.56 |
| TOTAL TAX WITHHOLDING | -1,121.24 | -20,736.74 |
| FEDERAL | -621.90 | -11,933.87 |
| SOC SECURITY | -209.58 | -3,905.05 |
| MEDICARE | -49.01 | -889.89 |
| CA | -210.33 | -3,556.37 |
| CA SDI | -30.42 | -551.56 |
| TOTAL REFUNDS/DEDUCTIONS | -195.46 | -7,666.29 |
| SSP & BASIC 401K | -184.38 | -2,734.20 |
| EMPLOYEE GIVING | -11.08 | -177.28 |
| WAGE ATTACHMENT | 0.00 | -3,174.73 |
| WAGE ATTACHMENT FEE | 0.00 | -10.50 |

| PAY PERIOD | DESCRIPTION | RATE | H |
|---|---|---|---|
| 071215-072515 | PDO/EWP ALLOWANCE | 38.4125 | |
| | VACATION | 38.4125 | |
| | NIGHT DIF NONWORK [illegible] | 3.8413 | |

© 2011 AT&T Intellectual Property.
All rights reserved.

AT&T Proprietary (Sensitive Personal Information)
Only for use by authorized individuals in accordance with requirements for specific data categories predefined in Company security standards for Information Classification and Protection



ew Paycheck Stubs - SAP NetWeaver Portal

Icons BYRON LEE                                                                                        Help    Log

ome   Employee Services   Help

Actvew | Amplify | Time Reporting | Payroll and Taxes | Purchasing | Personal Information | Learning Solutions | ATT Policies

ew Paycheck Stubs

atalie l Navigation

Payroll and Taxes Overview          Printer friendly format | Save to file |
View Paycheck Stubs (Current)       **Paycheck Stub**                                                          Help
View Paycheck Stubs                 User Name: BYRON W LEE (Employee ID - 00026206)     [ Paystub Selection ] [ Previous Paystub ] [ Next Paystub ]
Enro ll/Update Direct Deposit
Main ain EOY Tax Info
Main e in W-4 and Reciprocity Forms
Your Total Rewards

| | | | | |
|---|---|---|---|---|
| BYRON W LEE | | Statement of Earnings, Taxes, and Allotments | | W-4 MS EXP   ADL W/H |
| 5310 EAST AVE S-4 | | PACIFIC BELL TELEPHONE COMPANY | | FED S  00      0.00 |
| PALMDALE CA  93552 | | 525 Market Street, San Francisco, CA 94105 | | CA  S  00      0.00 |
| | PERS NO: 00026206 | Payroll Address: 909 Chestnut, St. Louis, MO 63101 | | |
| | | OneStop: 888-722-1787 | | |
| CHECK DATE: 07/17/2015 | PAY PERIOD FROM 06/28/2015 TO 07/11/2015 | TOTAL CURRENT PPD WKD HRS:   16.00 | | 29-EIN 94-0145935 |

| CURRENT RATE | 38.4125 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TOTAL COMPENSATION | | 3,890.42 | 53,256.26 | 062815-071115 | REGULAR | 38.4125 | 16.00 | 614.60 |
| | | | | | HOLIDAY ALLOWANCE | 38.4125 | 8.00 | 307.30 |
| TOTAL TAX WITHHOLDING | | -1,466.14 | -19,615.50 | | VACATION | 38.4125 | 64.00 | 2,458.40 |
| | | | | | SUNDAY PREM 0.5 | 19.2063 | 8.00 | 153.65 |
| FEDERAL | | -849.90 | -11,311.97 | | NIGHT DIF REG 10% | 3.8413 | 16.00 | 61.46 |
| SOC SECURITY | | -261.73 | -3,595.47 | | NIGHT DIF NONWORK 10% | 3.8413 | 72.00 | 276.57 |
| MEDICARE | | -61.21 | -840.88 | | NIGHT DIF PREM 0.5 | 2.3048 | 8.00 | 18.44 |
| CA | | -255.30 | -3,346.04 | | | | | |
| CA SDI | | -38.00 | -521.14 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL REFUNDS/DEDUCTIONS | | -352.38 | -7,470.63 | | | | | |
| | | | | | | | | |
| MEDICAL-PRETX | | -68.50 | -959.00 | | | | | |
| CAREPLUS-PRETX | | -2.00 | -14.00 | | | | | |
| SSP + BASIC 401K | | -184.38 | -2,549.82 | | | | | |
| UNION DUES CWA DIST 9 | | -86.42 | -596.58 | | | | | |

2011 AT&T Intellectual Property
rights reserved.

AT&T Proprietary (Sensitive Personal Information)
Only for use by authorized individuals in accordance with requirements for specific data categories predefined in Company security standards for Information Classification and Protection.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard A. Loa, Attorney<br><br>Law Offices of Richard A. Loa<br><br>536 E. Palmdale Blvd.<br><br><br>Palmdale , CA  93550-4603<br>Phone:    661-951-6555<br>FAX:      661-729-5100<br>Richard@loalaw.com<br>California State Bar Number: 74714<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* Byron W. Lee | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -- Los Angeles _____ DIVISION

| In re:<br><br>Byron W. Lee<br><br>aka Byron Warren Lee<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-23897-WB<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS[1] (PRECONFIRMATION)** |
| | Next Meeting of Creditors<br>Date: 10/20/2015          Time: 9:00 AM |
| | Next Confirmation Hearing<br>Date: 11/18/2015         Time: 10:00 AM |

***Instructions:*** *In a joint case, both debtors must answer and sign.   This declaration must be filed with the court and served upon the chapter 13 trustee not later than 7 days before the first scheduled §341(a) meeting of creditors.  If necessary, further declarations must be filed on or before the date of each hearing on confirmation of the Debtor's plan. Check the appropriate boxes.*

I, _____ Byron W. Lee _____ *(Debtor's name(s),*
hereby declare:

<u>Tax Returns:</u>

Debtor | Joint<br>Debtor

☑ | ☐ | I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308.

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Debtor | Joint Debtor | |
|---|---|---|
| ☐ | ☐ | I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. I have not filed the following return(s) for the following years:[2] |

Year          Taxing Authority (federal, state, or local)          Proposed Date for Filing Return

_____       _____       _____

_____       _____       _____

| ☐ | ☐ | I am not required to file federal, state, or local tax returns because: |

_____

_____

Domestic Support Obligations:

| Debtor | Joint Debtor | |
|---|---|---|
| ☑ | ☐ | I do not owe any domestic support obligations. |
| ☐ | ☐ | As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. |
| ☐ | ☐ | No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above. |
| ☐ | ☐ | As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. I am delinquent on the following post-filing payments: |

_____

_____

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

9/17/2015          Byron W. Lee                    /s/ Byron W. Lee
Date              Debtor's name                   Debtor's signature

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

9/17/2015
Date              Joint Debtor's name             Joint Debtor's signature

[2] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

536 E. Palmdale Blvd., Palmdale, CA 93550

A true and correct copy of the foregoing document entitled: **DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS (PRECONFIRMATION)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. Or (*date*) _9/17/2015_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ustpregion16.la.ecf@usdoj.gov
ecfnc@trustee13.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _9/17/2015_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Nancy Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/17/2015 | E. C. Loa | /s/ E. C. Loa |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 3015-1.08.DEC.TAX.DSO**